UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WB MUSIC CORP., et al., | Civil Action No. 5:10-CV-250 –D |
| Plaintiffs, | |
| v. | **ENTRY OF DEFAULTS** |
| NIGHTCLUBS, INC., et al., | |
| Defendants. | |

Upon motion, request, and a proper showing by counsel for the plaintiffs, defendants Nightclubs, Inc. and David Louis Humphrey, having failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, defaults are hereby entered against defendants Nightclubs, Inc. and David Louis Humphrey pursuant to Rule 55, Federal Rules of Civil Procedure.

This the 18th day of January, 2011.

By: _____
Clerk, U.S. District Court
Eastern District of North Carolina